# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Anthony Frank Ficke | § | Case No. 15-17357 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,500.00                          Assets Exempt: 6,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,925.26          Claims Discharged
                                                     Without Payment: 29,420.39

Total Expenses of Administration: 1,074.74

---

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 6,000.00 (see **Exhibit 2**), yielded net receipts of $ 4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,074.74 | 1,074.74 | 1,074.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 25,011.00 | 7,334.65 | 7,334.65 | 2,925.26 |
| **TOTAL DISBURSEMENTS** | $ 25,011.00 | $ 8,409.39 | $ 8,409.39 | $ 4,000.00 |

4)  This case was originally filed under chapter 7 on 05/15/2015 . The case was pending for 36 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/15/2018                             By:/s/Joji Takada, Chapter 7 Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Gmc Yukon; Location: 13255 Oakwood Drive, Homer Glen I | 1129-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Anthony Ficke | Exemptions | 8100-002 | 6,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 6,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| Joji Takada | 2200-001 | NA | 4.74 | 4.74 | 4.74 |
| Associated Bank | 2600-000 | NA | 70.00 | 70.00 | 70.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,074.74 | $ 1,074.74 | $ 1,074.74 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 981537 El Paso, TX 79998-1537 | | 7,128.00 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | 10,901.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware PO Box 8803 Wilmington, DE 19899-8803 | | 2,865.00 | NA | NA | 0.00 |
| | Chase Card PO Box 15298 Wilmington, DE 19850-5298 | | 2,233.00 | NA | NA | 0.00 |
| | Comenitybank/Meijer PO Box 182789 Columbus, OH 43218-2789 | | 161.00 | NA | NA | 0.00 |
| | Illinois Department of Employment 4931 West Diversey Chicago, IL 60639 | | 540.00 | NA | NA | 0.00 |
| | Laboratory & Pathology Diagnostics Department 4387 Carol Stream, IL 60122-4387 | | 173.00 | NA | NA | 0.00 |
| | Rolando Arce c/o Vrdolyak Law Gruop LL 9618 S. Commercial Avenue Chicago, IL 60617 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shell/CBNA PO Box 6497 Sioux Falls, SD 57117-6497 | | 1,010.00 | NA | NA | 0.00 |
| 2 | American Express Bank, Fsb | 7100-000 | NA | 7,089.65 | 7,089.65 | 2,827.55 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 245.00 | 245.00 | 97.71 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 25,011.00 | $ 7,334.65 | $ 7,334.65 | $ 2,925.26 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-17357 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Anthony Frank Ficke | | | | Date Filed (f) or Converted (c): | 05/15/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/11/2015 |
| For Period Ending: | 04/15/2018 | | | | Claims Bar Date: | 10/15/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account (Ending In 3947); Location: Bank Of Americ | 50.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account (Ending In 8280); Location: Bank Of Americ | 150.00 | 0.00 | | 0.00 | FA |
| 3. Ordinary Househoold Furnishings And Goods; Location: Storag | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4. Ordinary Clothing; Location: 13255 Oakwood Drive, Homer Glen | 500.00 | 0.00 | | 0.00 | FA |
| 5. 2007 Gmc Yukon; Location: 13255 Oakwood Drive, Homer Glen I | 8,516.00 | 2,316.00 | | 10,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $10,716.00    $3,816.00    $10,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Liquidated vehicle; Consulting with account re: estate tax return. - Joji Takada 12/22/2015

Consulting with account re: estate tax return. - Joji Takada 6/2/2016

TFR in process. - Joji Takada 11/20/2016

TFR with UST review. - Joji Takada 12/16/2017

TFR approved; Checks issued. - Joji Takada 3/28/2018

Initial Projected Date of Final Report (TFR): 05/15/2017    Current Projected Date of Final Report (TFR): 06/30/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-17357 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Anthony Frank Ficke | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0130 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5293 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/15/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/18/15 | | American Auction Associates | Proceeds from sale | | $4,000.00 | | $4,000.00 |
| | | | Gross Receipts  $10,000.00 | | | | |
| | | Anthony Ficke | Exemption  ($6,000.00) | 8100-002 | | | |
| | 5 | | 2007 Gmc Yukon; Location: 13255 Oakwood Drive, Homer Glen I  $10,000.00 | 1129-000 | | | |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,990.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,980.00 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,970.00 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,960.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,950.00 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,940.00 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,930.00 |
| 03/23/18 | 1002 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal Payment to trustee for expenses; Not to creditor/clerk of court (automatic by software); No check printed. | 2200-000 | | ($4.74) | $3,934.74 |
| 03/23/18 | 1001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,000.00 | $2,934.74 |

Page Subtotals:  $4,000.00  $1,065.26

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-17357
Case Name: Anthony Frank Ficke
Taxpayer ID No: XX-XXX5293
For Period Ending: 04/15/2018

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0130
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/23/18 | 1002 | Clerk, U.S. Bankruptcy Court | Remit to Court | 2200-001 | | $4.74 | $2,930.00 |
| 03/23/18 | 1003 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution per court order. | 7100-000 | | $97.71 | $2,832.29 |
| 03/23/18 | 1004 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $2,827.55 | $4.74 |
| 03/23/18 | 1005 | Takada, Joji<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Distribution<br>Trustee expenses | 2200-000 | | $4.74 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $4,000.00 | $4,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,000.00 | $4,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,000.00 | $4,000.00 |

Page Subtotals: $0.00   $2,934.74

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0130 - Checking | $4,000.00 | $4,000.00 | $0.00 |
|  | $4,000.00 | $4,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $6,000.00 |
| Total Net Deposits: | $4,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:  $0.00  $0.00